# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2006

128305(21)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

MICHAEL RENELL WILLIAMS,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128305
COA: 256903
Genesee CC: 03-011395-FC

     On order of the Court, the motion for reconsideration of this Court's order of October 31, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

     KELLY, J., would grant reconsideration, and on reconsideration, would hold this case in abeyance for *People v Drohan*, lv gtd 472 Mich 881 (2005).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2006

p0123

_____
Clerk